## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:08-cr-00068-MR

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JACKIE WAYNE LAWS.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon the Defendant's *pro se* motion for early termination of his term of supervised release [Doc. 26]. Both counsel for the Government and the Defendant's supervising probation officer have advised the Court's chambers that they do not oppose the Defendant's request.

Upon review of the Defendant's motion, and in light of the lack of opposition by the Government and the Defendant's supervising probation officer, the Court is satisfied that the early termination of the Defendant's supervised release is warranted by the Defendant's conduct and is in the interest of justice. See 18 U.S.C. § 3583(e)(1).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 26] is **GRANTED**, and the Defendant's term of supervised release is hereby terminated.

The Clerk is directed to serve a copy of this Order on the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.**     Signed: December 3, 2013

Martin Reidinger
United States District Judge